UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY B., <br>     Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner <br> Social Security Administration, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 21-00022-MSM-PAS <br> ) <br> ) <br> ) <br> ) |

ORDER

On March 29, 2022, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation (R&R), (ECF No. 16), recommending that the Court deny the Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 13) and grant the Defendant's Motion to Affirm the Decision of the Commissioner (ECF No. 14).  After having carefully reviewed the relevant papers, and having heard no objections, the court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 13) is DENIED and the Defendant's Motion to Affirm the Decision of the Commissioner (ECF No. 14) is GRANTED.  Final judgment shall enter in favor of the Defendant.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

June 22, 2022

2